

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00968-CV

Herbert Lawrence **POLINARD**, Jr. and William Ian Malcomson,
Appellants

v.

**WOODLAWN CHRISTIAN CHURCH OF SAN ANTONIO, INC.**,
James Paul Tisdel, Jr., Carolyn Tisdel, and George Alejos,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-10692
Honorable Tina Torres, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA,
AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's final judgment is AFFIRMED. Appellants' challenges to the December 23, 2015 temporary injunction are DISMISSED FOR LACK OF JURISDICTION. Appellees' pending motions to dismiss this appeal are DENIED AS MOOT.

We order appellant Herbert Lawrence Polinard, Jr. to pay the costs of this appeal. We order that no costs be assessed against appellant William Ian Malcomson because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED July 30, 2025.

_____
Lori I. Valenzuela, Justice